BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
Richard L. Stuhlbarg (SBN: 180631)
Lindsay G. Carlson (SBN: 235999)
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No:   310/ 768-3068
Fax No:   310/ 719-1019
E-mail: Brian.Takahashi@bowmanandbrooke.com
E-mail: Richard.Stuhlbarg@bowmanandbrooke.com
E-mail: Lindsay.Carlson@bowmanandbrooke.com

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEXANDER A. MILLANIAN, | CASE NO.: 2:16-cv-09161 JFW (PLAx) |
| Plaintiff, | (Assigned to the Hon. John F. Walter) |
| vs. | **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |
| BMW OF NORTH AMERICA, LLC, a Limited Liability Company and DOES 1 through 100, inclusive, | Trial:       September 5, 2017 |
| Defendants. | |

The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each side to be responsible for and bear its own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

DATED: July 7, 2017

_____
Hon. John F. Walter
United States District Court Judge